LELAND J. BURLINGHAM *vs.* ISAAC S. COLE & Trustees.

After the discharge, by agreement with the plaintiff, of the trustees summoned in a process of foreign attachment, the defendant in which resides out of the Commonwealth, and has not been served with process, the court has no jurisdiction to order further service; but the action must be dismissed.

TRUSTEE PROCESS. The defendant was described in the writ as of Davenport in the State of Iowa, and as late of Cheshire in this county. The only service of the writ was upon the alleged trustees, who resided in this county; and the officer returned that he had made diligent search for the defendant and his last and usual place of abode, but could find neither within his precinct. In the court of common pleas, the trustees were discharged by agreement with the plaintiff. The defendant, having appeared specially, moved to dismiss the action for want of service; and the plaintiff moved the court to order a further service. *Bishop*, J. overruled the plaintiff's motion, and granted the motion of the defendant. The plaintiff alleged exceptions.

*J. C. Wolcott*, for the plaintiff, cited Rev. Sts. *c.* 90, §§ 44, 45, 53; *c.* 92, §§ 3, 4; *Wright* v. *Oakley*, 5 Met. 400.

No counsel appeared for the defendant.

METCALF, J. There being no effectual attachment of the defendant's property, and he not having any last and usual place of abode within the Commonwealth, the court has no jurisdiction of the action, and it must be dismissed. Rev. Sts. *c.* 90 § 44. *Exceptions overruled.*